Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:     (212) 292-5390
Facsimile:      (212) 292-5391
*Attorneys for Plaintiff*
*Poof-Slinky, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POOF-SLINKY, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>A.S. PLASTIC TOYS CO., LTD., *et al.*,<br>*Defendants* | **CIVIL ACTION No.**<br>**19-cv-9399 (ER)** |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Poof-Slinky, LLC ("Poof" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant Yiwu City JO Toys Co., Ltd in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated:  May 20, 2020                                   Respectfully submitted,

                                                      **EPSTEIN DRANGEL LLP**


                                            BY:    /s/ Brieanne Scully
                                                   Brieanne Scully (BS 3711)
                                                   bscully@ipcounselors.com
                                                   EPSTEIN DRANGEL LLP
                                                   60 East 42nd Street, Suite 2520
                                                   New York, NY 10165
                                                   Telephone:    (212) 292-5390
                                                   Facsimile:    (212) 292-5391
                                                   *Attorneys for Plaintiff*
                                                   *Poof-Slinky, LLC*

**It is so ORDERED.**

Signed at New York, NY on May 21, 2020.


_____
Judge Edgardo Ramos
United States District Judge