Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:	(212) 292-5390
Facsimile:	(212) 292-5391
*Attorneys for Plaintiff*
*Poof-Slinky, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POOF-SLINKY, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>A.S. PLASTIC TOYS CO., LTD., *et al.*,<br>*Defendants* | **CIVIL ACTION No.<br>19-cv-9399 (ER)** |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Poof-Slinky, LLC ("Poof" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants Baby SHOpping emm Store, Baby's Center Store, Baby-Toy World Store, BTGEDTL Store, Curious&Promising BABY Store, Enjoying+UU Store, Friendship hxx Store, Funny Toy Store Store, How do you Store, Little Stars Mother&Baby Supplier Store, Shop2919053 Store, Shop4558035 Store and YUGUO baby Store in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

2

Dated:  July 14, 2020               Respectfully submitted,

                                                     **EPSTEIN DRANGEL LLP**

BY:   /s/ Brieanne Scully
        Brieanne Scully (BS 3711)
        bscully@ipcounselors.com
        EPSTEIN DRANGEL LLP
        60 East 42nd Street, Suite 2520
        New York, NY 10165
        Telephone:    (212) 292-5390
        Facsimile:      (212) 292-5391
        *Attorneys for Plaintiff*
        *Poof-Slinky, LLC*

**It is so ORDERED.**

Signed at New York, NY on July 14, 2020.

_____
Judge Edgardo Ramos
United States District Judge