USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: __3/10/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

POOF-SLINKY, LLC,

                Plaintiff,

   -against-

A.S. PLASTICS TOYS CO., LTD, *et al.*,

                Defendants.

**ORDER**

19-cv-9399 (ER)

Ramos, D.J.:

    On February 18, 2021, the Court granted Defendant A.S. Plastics Toys Co., Ltd's application to adjourn the default hearing scheduled for February 18, 2021 and set the new hearing date for March 10, 2021.  Doc. 65.  Defendant not having appeared today and a case management conference currently scheduled for March 25, 2021, at 11:30 a.m., the default hearing will be held at that time.  The parties are instructed to call (877) 411-9748 and enter access code 3029857# when prompted.

    It is SO ORDERED.

Dated: March 10, 2021
       New York, New York

                                                      Edgardo Ramos, U.S.D.J.