UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
POOF-SLINKY, LLC,

                        Plaintiff,        CIVIL ACTION
                                                    19-cv-9399 (ER)

               - against -             **SATISFACTION OF JUDGMENT**

A.S. PLASTIC TOYS CO., LTD., *et al.*,
                        Defendants.
------------------------------------x

        WHEREAS, a judgment was entered in the above action on the 25th day of March, 2021 in favor of Plaintiff Poof-Slinky, LLC, and against Defendant Child Wonderland Store in the amount of $50,000.00, and said judgment having been satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

        THEREFORE, satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the satisfaction on the docket of said judgment against Defendant Child Wonderland Store.

Dated: April 9, 2021
New York, New York

Respectfully submitted,

EPSTEIN DRANGEL LLP

BY: _____
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:  (212) 292-5390
Facsimile:   (212) 292-5391
*Attorney for Plaintiff*
*Poof-Slinky, LLC*

Sworn to before me on this
9th day of April, 2021

_____
NOTARY PUBLIC

Danielle S. Futterman
Notary Public - State of New York
No. 02FU6411151
Qualified in Nassau County
My Commission Expires November 9, 2024