UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUST PLAY, LLC,

                Plaintiff,

– against –

A.S. PLASTIC TOYS CO., LTD., et al.,

                Defendants.

**ORDER**

19-cv-9399 (ER)

19-cv-9400 (ER)

19-cv-9402 (ER)

19-cv-9403 (ER)

Ramos, D.J.:

On April 18, 2022, the Court granted a request for an extension of time to complete discovery by April 29, 2022.  No 19-cv-9399, Doc. 91.  The Court indicted that no further extensions would be granted.  *Id.*  Since then, there has been no further activity.  The parties are therefore instructed to submit a joint letter indicating the status of discovery and proposing next steps by Friday, April 7, 2023.

Additionally, in three related matters, 19-cv-9400, 19-cv-9402, and 19-cv-9403, there has been no activity in more than one year.  By April 7, 2023, Counsel for Plaintiff in those matters shall also show cause why those cases should not be dismissed for failure to prosecute.

Failure to follow the Court's orders may result in sanctions, including dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:    March 31, 2023
              New York, New York

                                                      EDGARDO RAMOS, U.S.D.J.