

**EPSTEIN DRANGEL LLP**

60 East 42nd Street, Suite 1250, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

July 27, 2023

**VIA ECF**
Hon. Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007-1312

                **Re:**    *Just Play, LLC v. A.S. Plastic Toys Co., Ltd., et al.*,
                      Case No. 19-cv-9399
                      <u>Status Letter</u>

Dear Judge Ramos:

      We represent Plaintiff Just Play, LLC ("Plaintiff") in the above-referenced action and respectfully submit the instant letter in accordance with the Court's May 25, 2023 Order. (Dkt. 98).

      As indicated in Plaintiff's May 25, 2023 status letter (Dkt. 97), Plaintiff's counsel has been communicating with an attorney, who, upon information and belief, previously worked with Mr. Orel and now represents the Orel Defendants. Since May 25, 2023, Plaintiff's counsel and new counsel for the Orel Defendants have continued to make progress in our settlement discussions and Plaintiff's counsel anticipates settling with some, if not all of the Orel Defendants. Accordingly, Plaintiff respectfully requests additional time to continue its settlement discussions with the Orel Defendants and requests to (1) submit a status letter providing the Court with an update on the parties' settlement discussions, or (2) move for default judgment by August 25, 2023.

      We thank the Court for its time and attention to this matter.

                                      Respectfully submitted,

                                      **EPSTEIN DRANGEL LLP**
                                      BY: <u>/s/ Danielle (Yamali) Futterman</u>
                                      Danielle (Yamali) Futterman (DY 4228)
                                      dfutterman@ipcounselors.com
                                      60 East 42nd Street, Suite 1250
                                      New York, NY 10165
                                      Telephone: (212) 292-5390
                                      Facsimile: (212) 292-5391