

**EPSTEIN DRANGEL LLP**

60 East 42nd Street, Suite 1250, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

October 24, 2023

**VIA ECF**
Hon. Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007-1312

        **Re:** *Just Play, LLC v. A.S. Plastic Toys Co., Ltd.*, et al.
        **Case No. 19-cv-9399**
        **Status Letter**

Dear Judge Ramos:

    We represent Plaintiff Just Play, LLC ("Plaintiff") in the above-referenced action and respectfully submit the instant letter in accordance with the Court's July 27, 2023 Order. (Dkt. 100).

    As indicated in Plaintiff's August 24, 2023 status letter (Dkt. 101), Plaintiff's counsel has been communicating with an attorney, who, upon information and belief, previously worked with Mr. Orel and now represents the Orel Defendants. Since August 24, 2023, Plaintiff's counsel and new counsel for the Orel Defendants have continued to make progress in our settlement discussions and Plaintiff has entered into agreements in principle with seven (7) of the Orel Defendants. While Plaintiff does not anticipate settling with any further Orel Defendants, Plaintiff respectfully requests additional time to finalize settlements and respectfully requests to move for default judgment by December 22, 2023 against all Defendants remaining in this action.

    We thank the Court for its time and attention to this matter.

                                            Respectfully submitted,

                                            **EPSTEIN DRANGEL LLP**
                                            BY: /s/ Danielle (Yamali) Futterman
                                            Danielle (Yamali) Futterman (DY 4228)
                                            dfutterman@ipcounselors.com
                                            60 East 42nd Street, Suite 1250
                                            New York, NY 10165
                                            Telephone: (212) 292-5390
                                            Facsimile: (212) 292-5391