UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
POOF-SLINKY, LLC,

                Plaintiff,        CIVIL ACTION
                                                  19-cv-9399 (ER)

      - against -                 **SATISFACTION OF JUDGMENT**

A.S. PLASTIC TOYS CO., LTD., *et al.*
                Defendants.
-------------------------------------x

WHEREAS, a judgment was entered in the above action on the 25th day of March, 2021 in favor of Plaintiff POOF-SLINKY, LLC and against Defendant Shantou Mingtong Toys Industrial Co., Ltd. in the amount of $50,000.00, and said judgment having been satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the satisfaction on the docket of said judgment against Defendant Shantou Mingtong Toys Industrial Co., Ltd..

Dated: April 17, 2024

    New York, New York

Respectfully submitted,

EPSTEIN DRANGEL LLP

BY: _____
Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:  (212) 292-5390
Facsimile:   (212) 292-5391
*Attorney for Plaintiff*
*POOF-SLINKY, LLC*

Gabriela Nastasi
Notary Public - State of New York
No. 02NA6416493
Qualified in New York County
My Commission Expires April 19, 2025

April 17, 2024